IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AL MAKAASEB GENERAL
TRADING CO.,

    Plaintiff,                                      05cv0758

    v.                                         **ELECTRONICALLY FILED**

UNITED STATES STEEL
INTERNATIONAL, INC., ET AL.,

    Defendants.

## Order of Court

And now, this 30th day of December, 2005, for the reasons set forth in the memorandum opinion, IT IS HEREBY ORDERED that:

1) Plaintiff's motions for summary judgment against USSI (doc. no. 18) and Rulewave (doc. no. 19) are DENIED.

2) Defendants shall file their motions for summary judgment on or before January 10, 2006, and plaintiff shall file its response to said motions on or before January 20, 2006.

                                                       s/Arthur J. Schwab
                                                       Arthur J. Schwab
                                                       United States District Judge

cc:    All counsel of record as listed below

Gary L. Kaplan, Esquire
George Bobb, Esquire
DeForest, Koscelnik, Yokitis & Kaplan
436 Seventh Avenue
3000 Koppers Building
Pittsburgh, PA 15219

Thomas R. Wright, Esquire
United States Steel Corporation
600 Grant St., Ste. 1500
Pittsburgh, PA 15219
TRWright@uss.com

Patrick Cavanaugh, Esquire
Richard Swanson, Esquire
Del Sole Cavanaugh LLC
Waterfront Building, 200 First Avenue
Pittsburgh, PA 15222