IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AL MAKAASEB GENERAL
TRADING CO.,

    Plaintiff,                                             05cv0758

    v.                                                **ELECTRONICALLY FILED**

UNITED STATES STEEL
INTERNATIONAL, INC., ET AL.,

    Defendants.

### Order of Court

On December 30, 2005, this Court issued a memorandum opinion and order denying plaintiff's motions for summary judgment against defendants United States Steel International, Inc. (USSI) and Rulewave, Inc. (Rulewave) (doc. nos. 52 and 53).  At that time, the Court also permitted defendants to file motions for summary judgment on or before January 10, 2006, with responses due on or before January 20, 2006.  Also on December 30, 2005, plaintiff filed a motion for reconsideration regarding the memorandum opinion and order on its motion for summary judgment (doc. no.54), arguing *inter alia* that although the Court permitted plaintiff to file a reply brief (doc. no. 51), the Court issued its memorandum opinion and order before the reply was received.  The Court, however, believed that because the motion for leave to file a reply contained approximately five (5) pages of both legal and factual arguments, that said motion, if granted, would constitute the reply and there would be no further reply filed.

With regard to plaintiff's motion for reconsideration (doc. no. 54), said motion will be GRANTED.  Therefore, the Court will deem that the current procedural posture of this case before this Court is that of cross-motions for summary judgment (doc. nos. 18, 19, 52 and 53).

This Court will hear oral argument on the pending motions on January 26, 2006 as previously ordered.

                                              SO ORDERED, this 23rd day of January, 2006.

                                              s/Arthur J. Schwab
                                              Arthur J. Schwab
                                              United States District Judge

cc:     All counsel of record as listed below

Gary L. Kaplan, Esquire
George Bobb, Esquire
DeForest, Koscelnik, Yokitis & Kaplan
436 Seventh Avenue
3000 Koppers Building
Pittsburgh, PA 15219
kaplan@dkyk.com

Thomas R. Wright, Esquire
United States Steel Corporation
600 Grant St., Ste. 1500
Pittsburgh, PA 15219
TRWright@uss.com

Patrick Cavanaugh, Esquire
Richard Swanson, Esquire
Del Sole Cavanaugh LLC
Waterfront Building, 200 First Avenue
Pittsburgh, PA 15222
pcavanaugh@delsolecavanaugh.com